IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

_Kurt Taylor 216804_                    )    2005 DEC 19  A 9: 41
Full name and prison number              )
of plaintiff(s)                          )
                                    DE )
                                    L )  ...CLERK
                                    M )  ...
v.                                       )  CIVIL ACTION NO. _2:05CV 1209-T_
_Sheriff Raymond Rogers_                 )  (To be supplied by the clerk
                                         )  of U.S. District Court)
_S.D. Sgt. L. Murray_                    )
                                         )
_S.D. Gary Lewis_                        )
                                         )
_____                )
                                         )
_____                )
Name of person(s) who violated           )
your constitutional rights.              )
(List the names of all the               )
persons.)                                )

I.    PREVIOUS LAWSUITS
      A.    Have you begun other lawsuits in state or federal
            court dealing with the same or similar facts involved
            in this action?  YES( )  NO(✓)

      B.    Have you begun other lawsuits in state or federal
            court relating to your imprisonment?  YES( )  NO(✓)

      C.    If your answer to A or B is yes, describe each lawsuit
            in the space below. (If there is more than one lawsuit,
            describe the additional lawsuits on another piece of
            paper, using the same outline.)

            1.    Parties to this previous lawsuit:

                  Plaintiff(s) _____

                  _____

                  Defendant(s) _____

                  _____

            2.    Court (if federal court, name the district; if
                  state court, name the county) _____

                  _____

4

    3.   Docket number _____

    4.   Name of judge to whom case was assigned _____

          _____

    5.   Disposition(for example: Was the case dismissed?
          Was it appealed? Is it still pending?) _____

          _____

    6.   Approximate date of filing lawsuit _____

    7.   Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT _Holman Unit_ _____

_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Bullock County_
_Courthouse_ _____

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

            NAME                ADDRESS         _Union Spring, Ala._

    1.  _Sheriff Raymond Rogers_  _Bullock County Courthouse_  _36089_

    2.  _S.D. Sgt. L. Murray_     ,,    ,,    ,,    ,,

    3.  _S.D. Gary Lewis_       ,,    ,,    ,,    ,,

    4.  _____

    5.  _____

    6.  _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _November 6, 2004_

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:   _Attached_ _____

_____

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____

_____

_____

_____

_____

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

6

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____

_____

_____

_Kurt Taylor_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on _November 2, 2005_ .
(Date)

_Kurt Taylor_
Signature of plaintiff(s)

7

Mid. Dis. of Ala.

RECEIVED N. Div.

Kurt Taylor 2005 DEC 19 A 9:40

Plaintiff DISTRICT CLK
U.S. DISTRICT COURT
MIDDLE DIS. OF ALA.

V

Sheriff Raymond Rogers
S.D. Sgt. L. Murray
S.D. Gary Lewis

Defs.

C V Action No.

### Denial of 8th Amend, Denial of the ADA Rights

While at the Bullock County Jail, I was escorted by Sheriff Raymond Rogers to the courthouse. I had requested to be allowed to use the elevator as I had done on previous court appearances, for my November 6, 2004, court date, because of my difficulty in walking up + down three flights of stairs. My request was denied and Rogers stated that, if I don't get up them stairs he would "shoot me".

There was also an elderly man named Eddie C. Rumph who was forced to crawl on his hands + knees, like a dog, to get up those stairs, which clearly indicates Roger's disregard and lack of respect for the elderly and handicap.

At the court recess for lunch break, I was summoned by Defendants Sheriff Deputy Sgt. L. Murray. Upon my compliance, the next thing I knew, my prosthesis was tripped and I went tumbling down these stairs, injuring my back, neck, (L) Arm and side. I was taken by ambulance to a hospital. (Hanes)

Sheriff Rogers disregarded my handicap and disability and stated that, I was in his jail and I will do as he says. I recieved pain medication

(see pg. #2)

from the ER for my ailments and injuries. (Sheriff Rogers also ordered the paramedics to disengage the siren in my emergency)

After I returned back from the E.R., Sheriff Deputy Anthony Williams took (2) photos of my prosthesis and knee, and another of my full body, while Sheriff's Deputy Fletcher Ellison looked on. Sheriff Deputy Sgt. L. Murray, and Sheriff's Deputy Rev. Gary Lewis were, upon the initial report of my fall, wondering why I was not allowed to use the elevator as I had previously been, considerating my disability and handicap. Sheriff Rogers, out of malice, deliberate indifference, and ill will and intent caused me to injure myself; along with Sgt. L. Murray.

Witness:

Ishmeel Yahkeen - AIS# 224085
  Holman Prison

Anthony Lee - AIS# 185171
  Donaldson Prison

I affirm under penalty of pejury that the foregoing facts and statements are true and correct to the best of my knowledge and belief.

Subscribed this 6th day of November, 2005.

Respectfully Submitted,
Kurt Taylor #216804