AO 240 (REV. 10/03)

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

RECEIVED
2005 DEC 19 A 9: 41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

Defendant

CASE NUMBER: 2:05CV1209 -T

I, __Kurt Taylor 216804__ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [✓] Yes    [ ] No    (If "No," go to part 2)
   If "Yes," state the place of your incarceration __Holman__
   Are you employed at this institution? __No__  Do you receive any payment from the Institution? __No__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [✓] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your last employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  __Disabled__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [✓] No
   b. Rent payments, interest or dividends              [ ] Yes    [✓] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [✓] No
   d. Disability or workers compensation payments       [ ] Yes    [✓] No
   e. Gifts or inheritances                              [ ] Yes    [✓] No
   f. Any other sources                                  [ ] Yes    [✓] No

   If the answer to any of the above "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

____11-2-05____  ____Kurt Taylor____
Date              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
HOLMAN CORRECTIONAL FACILITY

AIS #: 216804        NAME: TAYLOR, KURT KILPATRICK           AS OF: 12/14/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| DEC   | 17        | $2.00             | $0.00            |
| JAN   | 31        | $2.00             | $0.00            |
| FEB   | 28        | $2.00             | $0.00            |
| MAR   | 31        | $2.00             | $0.00            |
| APR   | 30        | $6.06             | $20.00           |
| MAY   | 31        | $1.00             | $0.00            |
| JUN   | 30        | $1.00             | $0.00            |
| JUL   | 31        | $1.00             | $0.00            |
| AUG   | 31        | $1.00             | $0.00            |
| SEP   | 30        | $1.00             | $0.00            |
| OCT   | 31        | $1.00             | $0.00            |
| NOV   | 30        | $1.00             | $0.00            |
| DEC   | 14        | $1.00             | $0.00            |