IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KURT TAYLOR, #216804,            )
                                 )
        Plaintiff,               )
                                 )
v.                               )        CIVIL ACTION NO. 2:05-CV-1209-WKW
                                 )                    (WO)
SHERIFF RAYMOND ROGERS, et al., )
                                 )
        Defendants.              )

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed

herein on January 13, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the complaint is DISMISSED

with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii).

Done this 21st day of February, 2006.


        /s/  W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE