IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KURT TAYLOR, #216804, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1209-WKW |
| ) | (WO) |
| SHERIFF RAYMOND ROGERS, et al., ) | |
| ) | |
|    Defendants. ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that Judgment is entered in favor of the Defendants and against the Plaintiff, and this action be and is hereby dismissed.

Done this 21st day of February, 2006.

                                            /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE